# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MATHEW D. CHAPMAN & VANESSA R. CHAPMAN  Case Number: 07-71411
740 -5TH AVENUE   SSN-xxx-xx-8000 & xxx-xx-5003
BELVIDERE, IL  61008

Case filed on: 6/12/2007
Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 002 | WELLS FARGO HOME MORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LEGAL HELPERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MATHEW D. CHAPMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL | 3,900.00 | 3,900.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO HOME MORTGAGE INC | 13,826.08 | 13,826.08 | 0.00 | 0.00 |
|  | Total Secured | 17,726.08 | 17,726.08 | 0.00 | 0.00 |
| 001 | CITIFINANCIAL | 3,070.30 | 307.03 | 0.00 | 0.00 |
| 004 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIANCEONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SPRINT NEXTEL CORP | 1,908.18 | 190.82 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL FINANCE | 2,697.46 | 269.75 | 0.00 | 0.00 |
| 008 | ASSET ACCEPTANCE CORP | 290.10 | 29.01 | 0.00 | 0.00 |
| 009 | CAVALRY PORTFOLIO SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CHECK RITE LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PREMIER BANKCARD/CHARTER | 470.20 | 47.02 | 0.00 | 0.00 |
| 014 | MIDLAND CREDIT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO FINANCIAL SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR GAS | 342.29 | 34.23 | 0.00 | 0.00 |
| 018 | PERFORMANCE CAPITAL MANAGEMENT, LLC | 2,432.50 | 243.25 | 0.00 | 0.00 |
| 019 | PROVIDIAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN HOSPITAL | 276.22 | 27.62 | 0.00 | 0.00 |
| 021 | R & B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RISK MANAGEMENT / CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 11,487.25 | 1,148.73 | 0.00 | 0.00 |
|  | Grand Total: | 29,213.33 | 18,874.81 | 0.00 | 0.00 |

Total Paid Claimant:   $0.00
Trustee Allowance:   $0.00
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

 /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007          By  /s/Heather M. Fagan